Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Plaintiff
**METRO BUILDING MAINTENANCE, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO BUILDING MAINTENANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVEREST INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | Case No. :  C 07-0799 CRB <br><br> **PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, NOTICE OF POTENTIAL SETTLEMENT AND EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:   May 18, 2007 <br> Time:   8:30 a.m. <br> Ctrm.:    8 (19th Flr) |

    Plaintiff Metro Building Maintenance, Inc. hereby notifies the Court that the parties have reached a settlement agreement in principle in this action.  Defendant has been served, but Plaintiff has extended to Defendant an open extension of time to respond to the Complaint, subject to completion of the terms of the tentative settlement. Plaintiff hereby requests a continuance of the Case Management Conference to a date not earlier than 30 days from the date of the currently scheduled Conference, to allow the parties a reasonable opportunity to finalize the settlement and dismiss the Action.

1  DATED: May 15, 2007                                    GREEN & HUMBERT

2
                                                          By:   /s/ Horace W. Green
3                                                                HORACE W. GREEN

4                                                         Attorneys for Plaintiff
                                                          Metro Building Maintenance, Inc.
5



May 15, 2007

-2-
Plaintiff's Case Management Statement and Ex Parte Application for Continuance of Case Management Conference – C 07-0799 CRB